**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**June 12, 2007**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-60638
Summary Calendar

_____

GODSON SHARK-DURU,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A73 693 373
--------------------

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Godson Shark-Duru, a native and citizen of Nigeria, petitions
for review of an order from the Board of Immigration Appeals (BIA)
dismissing his appeal of an immigration judge's (IJ) decision
denying his applications for cancellation of removal and voluntary
departure.

Shark-Daru argues that his due process rights were violated
when the IJ overstepped his role as adjudicator when he made
various statements and determinations concerning his credibility
and character. He also contends that the IJ's discretionary

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

determination was an abuse of discretion that rose to the level of a violation of his due process rights. He does not specifically challenge the BIA's decision, nor does he challenge the IJ's determination that he did not show hardship that was sufficient to merit cancellation of removal.

The BIA conducted its own review of the record and did not adopt the IJ's decision, and thus this court does not have authority to review the IJ's decision. See Girma v. INS, 283 F.3d 664, 666 (5th Cir. 2002). Because Shark-Duru challenges only statements and determinations by the IJ that this court lacks authority to review and does not challenge any of the BIA's determinations, he has abandoned the only issues before this court. See Hughes v. Johnson, 191 F.3d 607, 612-13 (5th Cir. 1999). Accordingly, Shark-Duru has not shown any error in the BIA's dismissal, and his petition for review is DENIED.